```
        IN THE UNITED STATES DISTRICT COURT
      FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                   WESTERN DIVISION
```

OSDRANIEL PADRON-RODRIGUEZ                                PETITIONER

v.                         CIVIL ACTION NO. 5:15-cv-1 (DCB)(MTP)

BARBARA WAGNER                                            RESPONDENT

### ORDER ADOPTING REPORT AND RECOMMENDATION

This cause is before the Court on Magistrate Judge Michael T. Parker's Report and Recommendation **(docket entry 9)**, to which no objections were filed by the Petitioner.  Having carefully reviewed the same, the Court finds that the Petitioner is not entitled to pursue his claims in a writ of habeas corpus under 28 U.S.C. § 2241.  Furthermore, if he were to pursue a civil rights claim instead, he has not asserted a violation of a constitutionally protected right entitling him to relief under <u>Bivens v. Six Unknown Named Agents of the Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971).  Therefore, the Court adopts the Report and Recommendation, and shall dismiss the Petition for Writ of Habeas Corpus with prejudice.

Accordingly,

IT IS HEREBY ORDERED that Magistrate Judge Michael T. Parker's Report and Recommendation **(docket entry 9)** is ADOPTED as the findings and conclusions of this Court;

IT IS FURTHER ORDERED that the Petition be dismissed with prejudice.

A Final Judgment dismissing the Petition with prejudice will

follow in accordance with Federal Rule of Civil Procedure 58.

SO ORDERED, this the 10th day of November, 2016.

                                           /s/ David Bramlette
                                           UNITED STATES DISTRICT JUDGE